```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

        -against-                        :        12 Cr. 732 (WHP)

Leon Santiago,                           :        ORDER
              Defendant.                 :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

This Court will hold a teleconference on April 10, 2020 at 2:30 p.m. regarding defendant's application for release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       April 9, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.