UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

      -against-                                    :                12 Cr. 732 (WHP)

Leon Santiago,                                               :                <u>ORDER</u>
                      Defendant.                :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The teleconference scheduled for April 10, 2020 at 2:30 p.m. is cancelled in light of the parties' agreement for the defendant's release.

Dated: New York, New York
       April 10, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.