```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
        -against-                    :      12 Cr. 732 (WHP)
                                     :
LEON SANTIAGO,                       :      ORDER
                    Defendant.       :
-------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

      This Court grants the defendant Leon Santiago's application for compassionate release on the consent of the Government:

1. The defendant shall be released from the custody of the Bureau of Prisons.

2. The defendant shall self-quarantine for 14-days.

3. The defendant shall reside with his grandmother, Maria Santiago.

4. The defendant shall serve the first three months of supervised release on home incarceration, to be enforced by location monitoring to be selected by the Probation Department at the residence approved by Probation Department.

5. The defendant shall remain at his approved residence except to seek any necessary medical treatment, in each instance with prior notice and approval by the Probation Department unless in the case of a medical emergency.

6. The defendant shall report to the Probation Department at 500 Pearl Street, 6th Floor on April 27, 2020 following his 14-day self-quarantine to have the appropriate location monitoring equipment affixed.

7. The defendant shall possess or have access to a video conferencing capable telephone to report via video conferences with the Probation Department.

Defense counsel may seek client service funds from David Patton at the Federal Defenders of New York for this purpose.

8. The defendant shall participate in a drug treatment program approved by the Probation Department.

Dated: April 10, 2020
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.