# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

May 5, 2020

Honorable William H. Pauley III
United States District Judge
Southern District of New York
New York, New York 10007

      Re:  **United States v. Leon Santiago**
            **12-CR-732 (WHP)**
            **Motion for Release Pursuant to 18 U.S.C.§3582( c ) (1) (A)**

Dear Judge Pauley:

      The CJA office requests that I obtain an order appointing me to represent Mr. Santiago with regard to the motion for compassionate release that Your Honor ruled upon last month. Accordingly, I respectfully request the Court to "so order" this letter appointing me *non pro tunc* for that matter to March 7, 2020.

      Thank you for your consideration to this request.

Respectfully submitted,

Richard H. Rosenberg, Esq.
217 Broadway, Suite 707
New York, NY 10007
(917) 576-1446

Application granted.  Mr. Rosenberg is appointed nunc pro tunc to March 7, 2020.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

May 5, 2020